UST-32, 3-03

Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE ARIZONA

In re:                ) CHAPTER 7
                      )
COHS, SHARON MARIE    ) CASE NO. 05-24611-PHX-SSC
                      )
                      )
                      ) APPLICATION FOR ORDER FOR
Debtor(s)             ) PAYMENT OF UNCLAIMED FUNDS
                      ) U.S. BANKRUPTCY COURT

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 111 | 07/08/09 | Sharon Marie Cohs<br>P.O. Box 2571<br>McCall ID 83638 | $28.45 |

*November 12, 2010*        */s/ Lawrence J. Warfield*
        DATE                Lawrence J. Warfield, Trustee